DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMPIRE PRO RESTORATION, INC.,** a/a/o **LAMBERT BOWDEN** and **ELAINE BOWDEN,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2023-1467

[June 27, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case No. 17-020678 COCE.

Frantz C. Nelson of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Evan A. Zuckerman of Vernis & Bowling Of Broward, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***